# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL COLBY STEVENS

VERSUS

HOSPITAL SERVICE DISTRICT
NUMBER 1 OF TANGIPAHOA
PARISH D/B/A NORTH OAKS
HEALTH SYSTEM AND NORTH OAKS
OCCUPATIONAL HEALTH

NO.   2021 CW 1309

**DECEMBER 30, 2021**

---

In Re:     Hospital Service District No. 1 of Tangipahoa Parish
           d/b/a North Oaks Health System and North Oaks
           Occupational Health, applying for supervisory writs,
           21st Judicial District Court, Parish of Tangipahoa,
           No. 2020-0002314.

---

**BEFORE:   WHIPPLE, C.J., LANIER AND HESTER, JJ.**

**WRIT NOT CONSIDERED.**   Relator failed to provide a copy of
each pleading on which the judgment was found, including all
attachments to the Exception of Res Judicata, in violation of
Rule 4-5(C)(8) of the Uniform Rules of the Louisiana Courts of
Appeal.   This court further directs relator to provide a copy of
the transcript of the hearing on August 23, 2021 in the event a
new application is filed.

Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation and must
comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts
of Appeal.  Any new application must be filed on or before
January 31, 2022 and must contain a copy of this ruling.

**VGW
WIL
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT